Cause No. 2001-PC-1263

FILED

2015 JUL 14 PM 4: 13

IN THE MATTER OF ESTATE OF ) IN THE PROBATE COURT
KING )
) COURTS
_____ ) COUNTY, TEXAS
ADMINISTRATOR FOR ESTATE OF KING) NUMBER ONE BY
    Petitioner )
v. )
)
BEXAR COUNTY, ET AL )
    Respondents, ) FOR BEXAR COUNTY, TEXAS

## SUPPLEMENTAL NOTICE OF APPEAL

Notice is hereby given by Petitioner Rowland J. Martin that, subject to the relief

requested in his pending "Motion To Abate Or Dismiss Without Prejudice" to the Fourth Court

of Appeals in Case No. 04-15-00271-CV, that his earlier notice of record is supplemented in

order to appeal from the apparent overruling by operation of law of his motion for rehearing in

Probate Case No. 2001-PC-1263 to set aside the dismissal order granted in favor of Respondent

Bexar County tax authorities. The respondents include the County of Bexar, the City of San

Antonio, and the San Antonio Independent School District. Out of an abundance of caution,

Petitioner also appeals from the Probate Court's omission to file findings of fact and conclusions

of law in response to proposed findings and conclusions filed on June 19, 2015. The non-filing

was previously noticed in a notice of late filing of findings and fact and conclusions of law filed

in the Probate Court on July 10, 2015. Petitioner asserts that the overruling and withholding of

findings are fundamental errors under the circumstances within 42 U.S.C. 1983.

Dated: July 14, 2015                 Respectfully Submitted,

                                   Rowland J. Martin
                                   951 Lombrano
                                   San Antonio, Tx 78207
                                   (210) 323-3849

1

## CERTIFICATE OF SERVICE

I delivered a copy of this, "supplemental Notice of Appeal," to Attorney Karen Evertson

c/o 411 S. Frio St., San Antonio, Tx., via email on July 14, 2015.

Rowland J. Martin